1481 BROADWAY CORP., Lessee, Landlord, Appellant, *v.* MAIDEN LANE BALLROOM, INC., Tenant, Respondent, and " JOHN DOE ", Undertenant.

Argued May 24, 1951; decided June 1, 1951.

*Edwin M. Otterbourg, Frederic P. Houston* and *Richard A. Holman* for appellant.

*Robert Moers* for Tocosa Corporation, *amicus curiæ,* in support of appellant's position.

*Julius B. Sheftel* for respondent.

*Per Curiam.* A public dance hall operated for profit is not a '' Place of public assembly '', as that term is defined in the Emergency Business Rent Control Law (L. 1945, ch. 314, § 2, as amd.; McKinney's Unconsol. Laws, § 8552). The order of the Appellate Division should be affirmed, with costs, and the question certified answered in the affirmative.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ., concur.

Order affirmed, etc.